UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAACP OF SAN JOSE/ SILICON VALLEY, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendants. | Case No. 21-cv-1705-PJH<br><br>**ORDER RE MOTION TO DISMISS** |

The court has reviewed the complaint (Dkt. 3) in connection with defendants' motion to dismiss, and finds that the complaint is unclear in stating which claims are being asserted by which plaintiffs against which defendants. For instance, while the fifth cause of action specifically names the plaintiffs bringing the claim and the defendants against whom the claim is brought, the majority of the other causes of action do not so specify.

Accordingly, the court directs plaintiffs to file a chart with three columns, listing, for each of the sixteen asserted claims: (1) the cause of action as pled in the complaint, (2) the plaintiffs asserting the cause of action, and (3) the defendants against whom the cause of action is asserted. The chart must be filed no later than **5:00 p.m.** on **August 11, 2021**.

**IT IS SO ORDERED.**

Dated: August 10, 2021

　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　United States District Judge