NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
YUE-HAN CHOW, Senior Deputy City Attorney (268266)
MATTHEW PRITCHARD, Senior Deputy City Attorney (284118)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NAACP OF SAN JOSE/SILICON VALLEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, et al.<br><br>Defendants. | Case Number:  21-cv-01705-PJH<br><br>**STIPULATED REQUEST TO ENLARGE DEFENDANTS' TIME TO FILE AN ANSWER AND [PROPOSED] ORDER** |

      Pursuant to Local Rule 6-2, Plaintiffs NAACP of San Jose/Silicon Valley, San Jose Peace and Justice Center, M. Michael Acosta, Joseph Canas, Leslie Vasquez, Peter Allen, Shaunn Cartwright, Yessica Riles, Jose Gustavo Flores Rodriguez, Alex Lee, Joseph Maldonado, Cindy Cuellar, Mahmoudreza Naemeh, and Megan Swift ("Plaintiffs"), and Defendants City of San Jose, Sam Liccardo, Edgardo Garcia, David Sykes, Jason Dwyer, Ronnie Lopez, Lee Tassio, Jared Yuen, Sean Michael Curry, and Fnu Delgado ("Defendants"), by and through their undersigned counsel, submit the following stipulation and joint request.

1. Plaintiffs filed a complaint (Dkt. 1) against Defendants on March 11, 2021. Pursuant to the Stipulation and Order to Enlarge Time for Briefing re Defendants' Motion to Dismiss (ECF No. 25), Defendants filed their Motion to Dismiss on June 7, 2021 (ECF No. 27). This Court granted in part and denied in part Defendants' Motion to Dismiss in an Order issued on September 24, 2021.  ECF No. 45.

2. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' time to file an Answer was October 15, 2021, twenty-one (21) days after entry of the Court's Order on Defendants' Motion to Dismiss.  Defendants have not filed an Answer, although parties have already engaged in written discovery and document production.

3. Pursuant to Local Rule 6-2(a), attached as **Exhibit A** is the requisite Declaration of Yue-Han Chow which (1) sets forth with particularity the reasons for the requested enlargement, (2) discloses all previous time modifications in the case (of which there was only one – ECF No. 25), and (3) describes the effect the requested enlargement of time would have on the case schedule (which would be none).

4. The parties stipulate to request that Defendants' time to file an answer be enlarged so that Defendants' Answer may be filed within one (1) business day following entry of an Order by this Court granting the parties' request.

IT IS SO STIPULATED.

Dated:  December 10, 2021

Respectfully submitted,

NORA FRIMANN, City Attorney

By:  ____/s/ Yue-Han Chow_____
         YUE-HAN CHOW
         Sr. Deputy City Attorney

Attorneys for Defendants

|   |   |
|---|---|
|   | RACHEL LEDERMAN & ALEXIS C. BEACH, Attorneys |
| Dated: December 10, 2021 |   |
|   | By: __/s/ Rachel Lederman_____ <br> RACHEL LEDERMAN |
|   | Attorneys for Plaintiffs |

I attest that counsel for Plaintiffs has read and approved this document and given consent to the filing of the same with the Court.

|   |   |
|---|---|
| Dated: December 10, 2021 | NORA FRIMANN, City Attorney |
|   | By: ____/s/ Yue-Han Chow_____ <br> YUE-HAN CHOW <br> Sr. Deputy City Attorney |
|   | Attorneys for Defendants |

## [PROPOSED] ORDER

Pursuant to the parties' Stipulation, the Request to Enlarge Defendants' Time to File an Answer is GRANTED, and Defendants are ordered to file their Answer within one (1) business day following the entry of this Order.

Dated: December ___, 2021

_____
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
YUE-HAN CHOW, Senior Deputy City Attorney (268266)
MATTHEW PRITCHARD, Senior Deputy City Attorney (284118)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NAACP OF SAN JOSE/SILICON VALLEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, et al.<br><br>Defendants. | Case Number:  21-cv-01705-PJH<br><br>**DECLARATION OF YUE-HAN CHOW IN SUPPORT OF STIPULATED REQUEST TO ENLARGE DEFENDANTS' TIME TO FILE ANSWER AND [PROPOSED] ORDER** |

I, Yue-Han Chow, declare:

1. I am an attorney licensed to practice in the State of California and represent the Defendants in the above matter.

2. This declaration is based on my personal knowledge, and if called as a witness could so testify.

3. On June 7, 2021, Defendants filed a Motion to Dismiss the Complaint. ECF No. 27. On September 24, 2021, the Court issued its Order, granting in part and denying in

1

DECL. OF YUE-HAN CHOW IN SUPPORT OF STIPULATED REQUEST TO ENLARGE DEFENDANTS' TIME TO FILE AN ANSWER AND [PROPOSED] ORDER

21-cv-01705-PJH
1880514

part Defendants' Motion to Dismiss.  ECF No. 45.  Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants time to file an Answer was October 15, 2021, twenty-one (21) days after entry of the Court's Order on Defendants' Motion to Dismiss.

4. On November 30, 2021, in reviewing the case file, I realized that Defendants had not filed an answer to the complaint.  This was due to a calendaring oversight.  I immediately began drafting an answer to the 72-page complaint in this case and preparing the Stipulated Request to Enlarge Defendants' Time to File an Answer.

5. If this Court does not grant the Stipulated Request to Enlarge Defendants' Time to File an Answer, then Defendants will be subject to default judgment.

6. The parties have only made one prior request for modification of Defendants' time to file a motion to dismiss and the corresponding briefing schedule for the motion to dismiss.  The Court granted the parties' stipulated request on May 12, 2021.  ECF No. 25.

7. Granting the Stipulated Request to Enlarge Defendants' Time to File an Answer will have no impact on any of the existing deadlines in this case.  The parties have been actively engaging in discovery, including written discovery and document production, and the fact discovery deadline is not until October 14, 2022.  ECF No. 51.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 10, 2021 in San José, California.

                                                           /s/ *Yue-Han Chow*
                                                          YUE-HAN CHOW

2

DECL. OF YUE-HAN CHOW IN SUPPORT OF STIPULATED REQUEST TO ENLARGE DEFENDANTS' TIME TO FILE AN ANSWER AND [PROPOSED] ORDER

21-cv-01705-PJH
1880514