RACHEL LEDERMAN, SBN 130192
Rachel Lederman & Alexsis C. Beach, Attorneys
P.O. Box 40339
San Francisco, CA 94140-0339
Telephone: (415) 282-9300
rachel@sfbla.com

TIFANEI RESSL-MOYER, SBN 319721
LAUREN CARBAJAL SBN 336485
Lawyers' Committee for Civil Rights of
San Francisco Bay Area
131 Steuart Street
San Francisco, CA 94105
Telephone: (415) 543-9444
tresslmoyer@lccrsf.org

Attorneys for Plaintiffs

[additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NAACP OF SAN JOSÉ/ SILICON VALLEY; ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSÉ; ET AL.,<br><br>Defendants. | Case No. 4:21-cv-01705 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CLASS CERTIFICATION AND SUMMARY JUDGMENT BRIEFING SCHEDULE** |

Pursuant to L.R. 6-2 and 7-12, the Parties in the above-entitled action hereby enter into a stipulation as set forth below.

At the initial case management conference, the Court scheduled the hearing on class certification for November 11, 2022 (Dkt. 50).

The Parties continue to work diligently and cooperatively to complete written discovery, complete fact-discovery depositions, and resolve any disputes that may arise promptly and without court intervention. However, given the amount of outstanding fact discovery, additional time is needed to complete discovery in anticipation of class certification and summary judgment briefing. The parties therefore agree that good cause exists for an extension of deadlines in this matter and agree to the following briefing schedule on class certification and summary judgment:

1. Plaintiffs' motion for class certification shall be due on December 16, 2022.
2. Defendants' opposition to class certification shall be due on January 23, 2023.
3. Plaintiffs' reply in support of class certification shall be due on February 6, 2023.
4. Hearing on Plaintiffs' motion for class certification shall be held on February 23, 2023.
5. Dispositive motions shall be due on April 14, 2023.
6. Hearing on dispositive motions shall be held on May 25, 2023.

The following stipulations for extension of time have been filed in this action:

1. Stipulation to Enlarge Time for Briefing Re Defendants' Motion to Dismiss filed on May 12, 2021 (Dkt. 24); granted on May 12, 2021 (Dkt. 25).
2. Stipulated Request to Enlarge Defendants' Time to File an Answer and [Proposed] Order filed on December 10, 2021 (Dkt. 52); granted on December 13, 2021 (Dkt. 53).
3. Stipulation with Proposed Order to Extend Deadline to Amend Pleadings filed on July 14, 2022 (Dkt. 60); granted on July 19, 2022 (Dkt. 61).
4. Stipulation with Proposed Order to Modify Case Schedule filed on September 16, 2022 (Dkt. 64); granted on September 19, 2022 (Dkt. 66).

IT IS SO STIPULATED.

Dated: September 23, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.

　　　　　　　　　　　　　　　　　　　　By:　 /s/ Tammy B. Webb
　　　　　　　　　　　　　　　　　　　　　　　Tammy B. Webb

| | |
|---|---|
| 1 | R. MICHAEL FLYNN, SBN 258732 |
| | Flynn Law Office |
| 2 | 1720 Broadway, Ste 430 |
| | P.O. Box 70973 |
| 3 | Oakland CA 94612 |
| | Telephone: (510) 893-3226 |
| 4 | michael@flo-law.com |

JAMES B. CHANIN, SBN 76043
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 848-4752, Ext. 2
jbcofc@aol.com

Chris Johnson, SBN 183219
Alicia J. Donahue, SBN 117412
Tammy B. Webb, SBN 227593
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: 415.544.1900
cjohnson@shb.com
adonahue@shb.com
tbwebb@shb.com

Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: September 23, 2022 | OFFICE OF THE CITY OF ATTORNEY |
| 2 | | By:   */s/ Matthew Pritchard*_____ |
| 3 | |       Matthew Pritchard |

YUE-HAN CHOW, SBN 268266
yue-han.chow@sanjoseca.gov
MATTHEW PRITCHARD, SBN 284118
matthew.pritchard@sanjoseca.gov
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Tel: (408) 535-1900 | Fax: (408) 998-3131
Email address: cao.main@sanjoseca.gov

Attorneys for Defendants

1  Pursuant to L.R. 5-1(h), I attest that concurrence in the filing of this document has been
2  obtained from the other signatories.

By: */s/ Tammy B. Webb*
Tammy B. Webb

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 28, 2022

_____
UNITED STATES DISTRICT JUDGE
HONORABLE PHYLLIS J. HAMILTON

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*