UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAACP OF SAN JOSE/ SILICON VALLEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | Case No. 21-cv-01705-PJH<br><br>**ORDER RE PROPOSED AMENDED COMPLAINT**<br><br>Re: Dkt. No. 94 |

Following the court's order granting in part and denying in part plaintiffs' motion for leave to amend the complaint, plaintiffs filed a proposed amended complaint which ostensibly incorporates the court's rulings. See Dkt. 94. While only the redlined version was docketed, it appears to comport with the court's rulings on the motion. Defendants did not file any objections or other response to the scope of the proposed amended complaint. Accordingly, the amended complaint shall be the operative complaint and plaintiffs are instructed to immediately file a clean version on the docket, which defendants shall answer within 7 days of the filing.

**IT IS SO ORDERED.**

Dated: February 27, 2023

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge