UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAACP OF SAN JOSE/ SILICON VALLEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01705-PJH<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 115 |

　　　　Plaintiffs have filed a motion for leave to file a motion for reconsideration of the court's order granting defendants' discovery request to preclude plaintiff Acosta from seeking damages in the form of future lost wages. See Dkt. 115. The court agrees that the issue of whether plaintiff Acosta may pursue future lost wages damages despite the exclusion of late-produced documents is an issue that would benefit from fuller briefing. Accordingly, plaintiffs' motion for leave to file a motion for reconsideration is GRANTED. Plaintiffs have until **April 17, 2023** to either file a motion for reconsideration or to file a notice indicating that they stand on their request as already filed. Defendants shall then have until **April 24, 2023** to file an opposition brief, and defendants shall have until **April 27, 2023** to file a reply. The motion and opposition shall each be no more than ten (10) pages, and the reply shall be no more than five (5) pages.

　　　　**IT IS SO ORDERED.**

Dated: April 10, 2023

　　　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　United States District Judge