UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAACP OF SAN JOSE/ SILICON VALLEY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY OF SAN JOSE, et al.,<br><br>   Defendants. | Case No. 21-cv-01705-PJH<br><br>**ORDER RE APRIL 7 DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 114 |

Before the court is a discovery dispute between the parties. See Dkt. 114. Plaintiffs seek an order striking defendants' police practices expert on the grounds that he is not a rebuttal expert and thus was untimely disclosed by defendants. See id. Defendants argue that the substance of the expert's testimony is indeed a rebuttal of the testimony of plaintiffs' experts, and further argue that plaintiffs have not suffered any prejudice from the timing of the expert disclosure. Id. at 5. The court concludes that the sanction of exclusion under Rule 37 is not warranted here, and thus DENIES plaintiffs' request to strike defendants' police practices expert.

**IT IS SO ORDERED.**

Dated: April 13, 2023

                                                          /s/ *Phyllis J. Hamilton*
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge