1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   NAACP OF SAN JOSE/ SILICON
    VALLEY, et al.,                              Case No. 21-cv-01705-PJH
8
              Plaintiffs,
9                                                **ORDER DENYING MOTION FOR**
          v.                                     **LEAVE TO FILE MOTION FOR**
10                                               **RECONSIDERATION**

11  CITY OF SAN JOSE, et al.,                    Re: Dkt. No. 127

              Defendants.
12
13

14          Plaintiffs have filed a motion for leave to file a motion for reconsideration of the

15  court's order denying class certification of the proposed injunctive relief class.  See Dkt.

16  127.

17          Plaintiffs first argue that the court "seems to have misunderstood who plaintiffs

18  request their proposed injunctive relief would apply to," making clear that it would apply

19  "against the City of San Jose only."  Id. at 1.  Plaintiffs thus argue that this case is similar

20  to the MIWON case cited in the court's class certification order.  See Dkt. 113 at 10

21  (citing Multi-Ethnic Immigrant Workers Org. Network v. City of Los Angeles, 246 F.R.D.

22  621 (C.D. Cal. 2007)).  However, as pointed out in this court's previous order, the

23  MIWON plaintiffs "brought suit against only LAPD command personnel," and did not

24  pursue claims against individual line officers.  See Dkt. 113 at 10.  Although the plaintiffs

25  in this case now appear to limit their injunctive relief claim to apply only against the city,

26  they simultaneously wish to litigate individual damages claims against individual officers,

27  and it is the multiple-track nature of plaintiffs' claims that distinguish it from the MIWON

28  case.

United States District Court
Northern District of California

1   Second, plaintiffs challenge the court's conclusion that the proposed injunctive

2   relief lacked clarity as to its nature and scope, arguing that the court itself was able to

3   identify the proposed injunctive relief at the hearing.  <u>See</u> Dkt. 127 at 1.  However, the

4   court's statements were made at a very high level of generality, and would not be

5   sufficient, without more, to support a claim for injunctive relief given the multiple and

6   inconsistent ways in which such relief was described in the papers and the complaint.

7   Accordingly, plaintiffs' motion for leave to file a motion for reconsideration of the

8   court's order denying certification of an injunctive relief class is DENIED.

9   **IT IS SO ORDERED.**

10   Dated:  May 23, 2023

11                                                    ___/s/ *Phyllis J. Hamilton*___
                                                     PHYLLIS J. HAMILTON
12                                                    United States District Judge

United States District Court
Northern District of California

2