UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAACP OF SAN JOSE/ SILICON VALLEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01705-PJH<br><br>**ORDER RE SETTLEMENT CONFERENCE** |

　　　　The parties are ordered to appear for a mandatory settlement conference with Magistrate Judge Beeler to be held on August 23, 2023.

　　　　Additionally, the following changes to the pretrial schedule are required: Due to the court's unavailability on September 28, 2023 and October 26-27, 2023, the Pretrial Conference will be held on October 12, 2023 at 1:30 pm and the Jury Trial will commence on October 30, 2023. The pretrial filing deadlines shall comport with these new dates.

　　　　**IT IS SO ORDERED.**

Dated: August  4 , 2023

　　　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　United States District Judge