```
1   NORA FRIMANN, City Attorney (93249)
    ARDELL JOHNSON, Assistant City Attorney (95340)
2   YUE-HAN CHOW, Senior Deputy City Attorney (268266)
    MATTHEW PRITCHARD, Senior Deputy City Attorney (284118)
3   JAMES HUANG, Deputy City Attorney (309476)
    Office of the City Attorney
4   200 East Santa Clara Street, 16th Floor
    San José, California 95113-1905
5   Telephone Number: (408) 535-1900
    Facsimile Number: (408) 998-3131
6   E-Mail Address:  cao.main@sanjoseca.gov

7   Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| NAACP OF SAN JOSE/SILICON VALLEY, et al. | Case Number: 21-cv-01705-PJH |
|---|---|
| Plaintiffs, | **DEFENDANTS' BRIEF ON PLAINTIFFS' LETTER SEEKING CLARIFICATION ON STATE LAW CLAIMS** |
| v. | |
| CITY OF SAN JOSE, et al. | |
| Defendants. | |

Pursuant to this Court's Order on August 28, 2023 (ECF 157), Defendants submit this brief in response to Plaintiffs' letter seeking clarification on the state law claims of Plaintiffs Swift and Allen against Defendant City of San Jose (ECF 155).  Defendant City of San Jose does not dispute that if Plaintiff Swift and/or Allen succeeds on any state law claims against an individual Defendant officer, then Defendant City of San Jose will also be vicariously liable. In the interest of judicial economy, and to obviate the need for jury consideration of this issue, Defendant City of San Jose would be willing to stipulate that if any Plaintiff succeeds on a

state law claim as against an individual officer, then judgment on those state law claims will be entered against Defendant City of San Jose as well.

Dated: August 31, 2023

Respectfully submitted,

NORA FRIMANN, City Attorney

By: ___/s/ Yue-Han Chow___
    YUE-HAN CHOW
    Senior Deputy City Attorney

Attorneys for Defendants