RACHEL LEDERMAN, SBN 130192
Partnership for Civil Justice Fund and its project, the Center for Protest Law & Litigation
1720 Broadway, Suite 430
Oakland, CA 94612
415-508-4955
rachel.lederman@justiceonline.org

R. MICHAEL FLYNN, SBN 258732
Flynn Law Office
1720 Broadway, Ste 430
Oakland CA 94612
Telephone: (510) 893-3226
michael@flo-law.com

*Attorneys for Plaintiffs*

JAMES B. CHANIN, SBN 76043
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 848-4752, Ext. 2
jbcofc@aol.com

Chris Johnson, SBN 183219
Alicia J. Donahue, SBN 117412
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: 415.544.1900
cjohnson@shb.com
adonahue@shb.com

Michael L. Harrison (TBN 24092491)
Admitted Pro Hac Vice
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower, Suite 3400
600 Travis Street
Houston, Texas 77002
T: (713) 546-5690 | F: (713) 227-9508
mlharrison@shb.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAACP OF SAN JOSÉ/ SILICON VALLEY; ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SAN JOSÉ; ET AL.,<br><br>    Defendants. | Case No. 4:21-cv-01705 PJH<br><br>**STIPULATION FOR DISMISSAL** |

All remaining Plaintiffs: M. Michael Acosta, Megan Swift, Leslie Vasquez, Peter Allen, and Gustavo Flores Rodriguez; and Defendants, City of San José et al., by and through their undersigned counsel, hereby stipulate to dismiss this action with prejudice, pursuant to Rule

41(a)(1)(A)(ii). All parties to bear their own fees and costs.

Dated: October 19, 2023     /S/
By: Rachel Lederman
Center for Protest Law & Litigation
Attorneys for Plaintiffs

Dated: October 19, 2023     NORA FRIMANN, City Attorney
By: /s/ Yue-Han Chow
YUE-HAN CHOW
Sr. Deputy City Attorney
Attorneys for Defendants

ATTESTATION PER L.R. 5-1

I, Rachel Lederman, hereby attest, pursuant to Local Rule 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

/S/ Rachel Lederman